IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANDREW J. FERGUSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 12-cv-1143-CJP[1] |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**Proud, Magistrate Judge:**

This matter is now before the Court on the parties' Agreed Motion to Remand to the Commissioner. **(Doc. 34)**.

The parties agree that this case should be remanded to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Schaefer v. Shalala*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, plaintiff will be provided with the opportunity to submit additional evidence and arguments to the Appeals Council.

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 21.

Further, "the Appeals Council will review the Administrative Law Judge's May 4, 2011, decision and the record before the ALJ (including the opinion of the claimant's treating psychiatrist, Dr. Qureshi, the claimant's residual functional capacity, and the claimant's subjective allegations) and consider the evidence in the subsequent application dated October 25, 2012, pursuant to HALLEX I-1-10-30. Additionally, the Appeals Council, on remand, will not redetermine the claimant's eligibility for benefits as of May 5, 2011."

For good cause shown, the parties' Agreed Motion to Remand to the Commissioner **(Doc. 34)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying Andrew J. Ferguson's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

DATED:  March 16, 2015.

>                 s/ Clifford J. Proud
>                 **CLIFFORD J. PROUD**
>                 **UNITED STATES MAGISTRATE JUDGE**